# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:12-cr-00321-GMN-PAL |
| vs. | ) | **ORDER** |
| DANIEL T. BOWER, | ) | (Subst Atty - Dkt. #84) |
| Defendant. | ) | |

This matter is before the court on a Substitution of Counsel for Defendant Daniel T. Bower (Dkt. #84) filed January 29, 2014.  It seeks to substitute Jess R. Marchese, Esq., in place of Ryan Mortier, Esq., as attorney for Defendant Daniel T. Bower in this matter.  LR IA 10-6(c) requires that any stipulation to substitute attorneys shall be by leave of court and shall bear the signature of the attorneys and the client represented.  It provides that the signature of an attorney to substitute into a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order."  LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."  Sentencing in this matter is scheduled for February 7, 2014.  Accordingly,

**IT IS ORDERED:**

1. Defendant Daniel T. Bower's request to substitute Jess R. Marchese Esq., in place of Ryan Mortier Esq., is GRANTED, subject to the provisions of LR IA 10-6(c) and (d).

Dated this 30th day of January, 2014.

_____
Peggy A. Leen
United States Magistrate Judge